IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ROBERT JOSEPH SCHMITT, #1061867 | § | |
| | § | CIVIL ACTION NO. 4:25-CV-01401-SDJ-AGD |
| v. | § | |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge (the "Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 26, 2026, the Report of the Magistrate Judge, (Dkt. #4), was entered containing proposed findings of fact and recommendation that the successive petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed without prejudice as to its refiling once authorization from the United States Court of Appeals for the Fifth Circuit has been obtained.[1] It further recommended that a certificate of appealability be denied.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the successive petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED WITHOUT PREJUDICE** as to

[1] The records of the Fifth Circuit Court of Appeals show that Petitioner's motion for authorization to file a successive § 2254 petition was denied. *In re: Robert Schmitt*, No. 26-40372.

its refiling once authorization from the Fifth Circuit Court of Appeals has been obtained. It is further **ORDERED** that a certificate of appealability is **DENIED**. All motions by either party not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 7th day of August, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE